UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

Case No. 5:20-cv-000188-JSM-PRL

JANICE FITZHUGH,

    Plaintiff,

v.

HEALTHCARE REVENUE RECOVERY
GROUP, LLC,

    Defendants.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW, Plaintiff, Janice Fitzhugh, and Defendant, Healthcare Revenue Recovery Group, LLC, by and through their undersigned counsel, and would represent to the Court that this action has been resolved, and would request entry of an Order dismissing this matter with Prejudice, each party to bear their own costs and attorneys' fees.

Dated this **19th day of August, 2020.**

| | |
|---|---|
| */s/ Octavio Gomez,* | */s/     Ernest H. Kohlmyer, III* |
| Octavio Gomez, Esquire | Ernest H. Kohlmyer, III, Esquire |
| Florida Bar No.: 0338620 | Florida Bar No.:  110108 |
| Morgan & Morgan, P.A. | Shepard, Smith, Kohlmyer & Hand, P.A. |
| 201 N. Franklin Street, Suite 700 | 2300 Maitland Center Parkway, Suite 100 |
| Tampa, FL 33602 | Maitland, FL 32751 |
| Telephone: (813) 223-5505 | Telephone:  (407) 622-1772 |
| Facsimile:  (813) 983-2889 | Facsimile:  (407) 622-1884 |
| tgomez@forthepeople.com | SKohlmyer@shepardfirm.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on **August 19, 2020**, via the Court Clerk's CM/ECF. I further certify that a copy was furnished to Octavio Gomez, Esquire of Morgan & Morgan, P.A. at tgomez@forthepeople.com *(Attorneys for Plaintiff).*

*/s/ Ernest H. Kohlmyer, III*
Ernest H. Kohlmyer, III, Esquire
Florida Bar No.: 110108
skohlmyer@shepardfirm.com
Shepard, Smith, Kohlmyer & Hand, P.A.
2300 Maitland Center Parkway, Suite 100
Maitland, Florida 32751
Telephone (407) 622-1772
Facsimile (407) 622-1884
*Attorneys for Defendant, HRRG*